KELLY E. DUFORD, State Bar No. 295646
kedwilliams@slatelawgroup.com
MICHAEL H. WEINER, State Bar No. 269079
mhweiner@slatelawgroup.com
Slate Law Group
2131 Third Avenue
San Diego, CA 92101
Ph: (619) 565-5077
Fax: (619) 354-2449

Attorneys for Plaintiff
BRITTANY CASTRO

JAMES C. FESSENDEN, State Bar No. 238663
jfessenden@fisherphillips.com
HAYLEE SAATHOFF, State Bar No. 323267
hsaathoff@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Ph: (858) 597-9600
Fax: (858) 597-9601

Attorneys for Defendants
CLASSY, INC., ADAM AARONS, DINA RULLI, AND SONJA ZIVIC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY CASTRO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CLASSY, INC., a California corporation; ADAM AARONS, an individual; DINA RULLI, an individual; SONJA ZIVIC, an Individual, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 3:19-CV-02246-H-BGS <br><br> **JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Marilyn L. Huff |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, acting through counsel, hereby voluntarily dismiss, with prejudice, the entire action, including all claims and counterclaims stated herein against all parties, with each party to bear her, his, its, and their own respective costs and attorneys' fees, subject to the court retaining jurisdiction solely to enforce the terms of any resolution between the parties.

Dated: May 29, 2020

Respectfully submitted:

SLATE LAW GROUP

By: */s/ Kelly E. DuFord*
KELLY E. DUFORD and
MICHAEL H. WEINER
Attorneys for Plaintiff
BRITTANY CASTRO

Dated: May 29, 2020

Respectfully submitted:

FISHER & PHILLIPS LLP

By: */s/ James C. Fessenden*
JAMES C. FESSENDEN and
HAYLEE SAATHOFF
Attorneys for Defendants
CLASSY, INC., ADAM AARONS, DINA RULLI, AND SONJA ZIVIC